United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3567WM

_____

| | | |
|---|---|---|
| Henry L. Ivy, Jr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: August 7, 1997
Filed: August 18, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Henry L. Ivy, Jr., appeals the district court's order denying Ivy's motion to vacate and correct his sentence, brought under former Federal Rule of Criminal Procedure 35(a). Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion in denying relief. We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.